IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)

| | |
|---|---|
| MARSHALL DICKER, ET AL. | ) |
| PLAINTIFFS, | ) |
| V. | ) CASE NO. 1:23-CV-00453-TSE-IDD |
| MEDIA RESEARCH CENTER | ) |
| DEFENDANT. | ) |

**JOINT NOTICE OF DISMISSAL PURSUANT TO FRCP 41**

Plaintiff, Marshall Dicker, and Defendant, Media Research Center, hereby agree that all claims and counterclaims in this action are dismissed with prejudice, with each party bearing its own fees and costs.

Dated: September 5, 2023            Respectfully submitted,

/s/ (with permission)
Joshua Erlich, VA Bar No. 81298
THE ERLICH LAW OFFICE, PLLC
1550 Wilson Blvd., Ste. 700
Arlington, VA  22209
Tel:   (703) 791-9087
Fax:   (703) 722-8114
Email: jerlich@erlichlawoffice.com

Nicholas A. Coulson
LIDDLE SHEETS COULSON P.C.
975 East Jefferson Avenue
Detroit, MI 48207-3101
T: (313) 392-0015
F: (313) 392-0025
E: ncoulson@lsccounsel.com

*Attorneys for Plaintiff Marshall Dicker*

1

      /s/     Jonathan M. Shaw
Jonathan M. Shaw (VSB No. 98497)
jshaw@dhillonlaw.com
(703) 748-2266
David A. Warrington (VSB No. 72293)
dwarrington@dhillonlaw.com
(703) 574-1206
Glynis R. Gilio (VSB No. 98805)
ggilio@dhillonlaw.com
(703) 636-9451
DHILLON LAW GROUP, INC.
A California Professional Corporation
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314

***Attorneys for Defendant Media Research Center***

## CERTIFICATE OF SERVICE

  I hereby certify that on September 5, 2023, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

          By:  _/s/    Jonathan M. Shaw_
              Jonathan M. Shaw