IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **MARSHALL DICKER,** ) | |
|     **Plaintiff,** ) | |
| ) | |
|     v. ) | Case No. 1:23-cv-00453 |
| ) | |
| **MEDIA RESEARCH CENTER,** ) | |
|     **Defendant.** ) | |
| ) | |

## ORDER

This matter is before the Court on the parties' Joint Notice of Dismissal Pursuant to Rule 41, Fed. R. Civ. P. (Dkt. 35). The parties indicate that they have agreed to dismiss all claims and counterclaims with prejudice, with each side to bear its own costs and fees.

Accordingly,

It is hereby **ORDERED** that all claims and counterclaims are **DISMISSED WITH PREJUDICE** and the case is hereby **CLOSED**.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
September 6, 2023

/s/
_____
T. S. Ellis, III
United States District Judge